IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENYO TOOMBS, # R-07432,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case No. 14-cv-1152-SMY |
| | ) |
| **SALVADOR GODINES,** | ) |
| **DANA TYLKA,** | ) |
| **RANDY GROUNDS,** | ) |
| **and DEE DEE BROOKHART,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED without prejudice** for failure to exhaust administrative remedies. The parties shall bear their own costs. This dismissal shall not count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: November 18, 2014

JUSTINE FLANAGAN, ACTING CLERK


By: s/ Tanya Kelley
     Deputy Clerk


APPROVED: *s/ Staci M. Yandle*
          Staci M. Yandle
          United States District Judge